## TUTTLE et ux. v. BRIGHTMAN et al.

### (Circuit Court, D. Rhode Island. December 21, 1892.)

In Equity. Suit by Elias Tuttle and wife against William J. Brightman and others to enjoin the continuance of a nuisance. Bill dismissed.

Patrick J. Galen, Benjamin Barker, Jr., and Arnold Green, for complainants.

Miner & Roelker, for defendants.

COLT, Circuit Judge. As the facts in this case are substantially like the case just considered, (53 Fed. Rep. 422,) the same conclusion is reached, and the same order may be entered.

Injunction denied, and bill dismissed, with costs.